IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-09-029-14 |
| | § | |
| RICARDO MORALES RAMIREZ | § | |

**ORDER**

Because Kevin Hall is currently ineligible to practice before the Fifth Circuit, he is removed as counsel for Ricardo Morales Ramirez. Magistrate Judge Mary Milloy will appoint new counsel.

SIGNED on May 7, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge